IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-mc-00052-JLK
U.S.D.C. for the District of Kansas
Case No. 2:16-2129-JAR-JPO

LEILA MCCOY,

   Plaintiff,

vs.

STATE OF KANSAS, et al.,

   Defendants.

**ORDER**

This matter is before the Court on Defendants Kansas Department for Children and Families and the State of Kansas' Motion to Quash Subpoenas (Doc. 1). The Motion to Quash is GRANTED.

Until such time as Ms. McCoy's multiple pending cases can be reviewed by a single judge, the pursuit of discovery is premature. The Motion to Quash is granted WITHOUT PREJUDICE to the materials being sought by proper subpoena or discovery request at the proper time.

Dated this 6th day of April, 2016.

_John L. Kane_
John L. Kane
Senior U.S. District Court Judge